IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 07-06760 EAG

WYLIE  ORTIZ MARCH

Chapter 13

NORIS  LUNA PABON


XXX-XX-9166

XXX-XX-9527

FILED & ENTERED ON 05/31/2013

Debtor(s)

## ORDER GRANTING WITHDRAWAL OF MOTION

Trustee's motion withdrawing (docket entry #94):

[X] the motion to dismiss

[ ] the objection to claim #   filed by

[ ] the motion to lift stay

[ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 31 day of May, 2013.

Edward A Godoy
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     CARLOS FRANCISCO GARCIA ENCHAUTEGUI
     JOSE RAMON CARRION MORALES