IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WYLIE ORTIZ MARCH

NORIS LUNA PABON

XXX-XX-9166

XXX-XX-9527

Debtor(s)

CASE NO. 07-06760 EAG

Chapter 13

FILED & ENTERED
JUN 0 4 2013
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

AMENDED ORDER

The application for payment of unclaimed funds to claimant, filed by SALLIE MAE, INC. c/o DILKS & KNOPIK, LLC for the amount of $118.60 (docket entry #87) is hereby granted. The Clerk shall disburse the amount of $118.60 to SALLIE MAE, INC. c/o DILKS & KNOPIK, LLC in case no. 07-06760.

SO ORDERED.

Ponce, Puerto Rico, this 4 day of June, 2013.

Edward A Godoy
U. S. Bankruptcy Judge

C: DEBTOR(S)
CARLOS FRANCISCO GARCIA ENCHAUTEGUI
JOSE RAMON CARRION MORALES
SALLIE MAE, INC. c/o DILKS & KNOPIK, LLC
FINANCE DEPT.